IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KIA BYNUM,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　　Defendant. | Civil No. 2:25-cv-11619-NGE-APP<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Kia Bynum ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax" or "Defendant"), have resolved the claims between them in this matter. The Parties are in the process of finalizing the terms and performance attendant to that resolution. The Parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

DATED this 12th day of September, 2025.

*By: /s/ Ryan D. Peterson*
Ryan D. Peterson, MI Bar #P76538
**CONSUMER JUSTICE LAW FIRM PLC**
6600 France Ave, Suite 602
Edina, Minnesota 55435
T: (651) 315-7656
E: rpeterson@consumerjustice.com

*Attorney for Plaintiff*
*Kia Bynum*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM PLC**

By: */s/Moises Masedman*