UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KIA BYNUM,<br><br>      Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>      Defendants. | Case No. 25-11619<br>Honorable Laurie J. Michelson |

## ORDER FOR PLAINTIFF TO PROVIDE UPDATE

On September 12, 2025, Plaintiff Kia Bynum filed a notice of settlement advising the Court that the parties had resolved the matter were "finalizing the terms and performance attendant to that resolution." (ECF No. 10, PageID.48.) She further advised that the parties anticipated performance would be completed within 45 days of that filing, and once completed, she would file the requisite dismissal papers to dispose of this case. (*Id.*) The case was subsequently transferred from Judge Edmunds to this Court. (Text-Only Order, September 17, 2025).

Over 55 days have passed since Bynum filed a notice of dismissal and the Court has not heard from either party. As such, Bynum is ORDERED to provide a written update, by November 14, 2025, as to the status of the settlement or whether the Court needs to enter a new scheduling order. Failure to provide a timely or adequate response may result in dismissal of the case.

      SO ORDERED.

Dated: November 7, 2025

                                                 s/Laurie J. Michelson
                                                 LAURIE J. MICHELSON
                                                 UNITED STATES DISTRICT JUDGE