IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KIA BYNUM,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendant. | Civil No. 2:25-cv-11619-NGE-APP<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Kia Bynum and Defendant Equifax Information Services, LLC, by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice.

RESPECTFULLY SUBMITTED this 14th day of November 2025.

*By: /s/ Ryan D. Peterson*
Ryan D. Peterson, MI Bar #P76538
**CONSUMER JUSTICE LAW FIRM PLC**
6600 France Ave, Suite 602
Edina, Minnesota 55435
T: (651) 315-7656
E: rpeterson@consumerjustice.com

*Attorneys for Plaintiff*
*Kia Bynum*

*/s/ Jordan S. Bolton*
Jordan S. Bolton (P66309)
Taft Stettinius & Hollister LLP
27777 Franklin Road, Suite 2500
Southfield, MI 48034
T: (248) 727-1449
E: jbolton@taftlaw.com
cc: kate.stein@equifax.com
  janise.jordan@equifax.com

*Attorneys for Defendant*
*Equifax Information Services, LLC*

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM PLC**

By: */s/Moises Masedman*

2